1  Abraham J. Colman (SBN 146933)
   Raymond Y. Kim (SBN 251210)
2  Alexis A. Rochlin (SBN 280634)
   REED SMITH LLP
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone:  213.457.8000
   Facsimile:   213.457.8080
5
   Attorneys for Defendant
6  Bank of America, N.A.

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | KATHERYN GIOVANNI | Case No.: 3:12-cv-02530-LB
12 |         Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**
13 |    vs. |
14 | BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured |
15 | corporation and DOES 1 to 100, | Date:      September 20, 2012
16 | inclusive, | Time:      10:30 a.m.
                                      Courtroom:  C, 15th Floor
17 |         Defendants. |
                                      Honorable Laurel Beeler
18

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to Defendant Bank of America, N.A.'s Request to Appear Telephonically at Initial Case Management Conference, and for good cause showing: Bank of America, N.A. may appear by telephone for the Initial Case Management Conference scheduled for September 20, 2012 at 10:30 a.m. in this Court.

**IT IS SO ORDERED.**

DATED: September 19, 2012



Honorable Laurel Beeler

– 2 –