SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Abraham J. Colman (CA 146933)
acolman@reedsmith.com
Raymond Y. Kim (CA 251210)
rykim@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000; Facsimile: 213.457.8080

Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN GIOVANNI,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:12-cv-02530-LB<br><br>STIPULATED REQUEST FOR AN EARLY SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE<br><br>ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

The parties are unable to agree on an ADR process appropriate for resolution of this case. Therefore, the parties respectfully request an early settlement conference with a magistrate judge.

STIPULATION - 1

| | | |
|---|---|---|
| 1 | Dated: October 4, 2012 | /s/ Elliot Gale |
| 2 | | Elliot W. Gale, Esq. |
| 3 | | **SAGARIA LAW, P.C.** |
| | | Attorney for Plaintiff |

Dated: October 4, 2012

/s/ Raymond Kim
Raymond Kim, Esq.
**REED SMITH, LLP.**
Attorney for Defendant

Date: October 5, 2012

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION - 2