SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Abraham J. Colman (CA 146933)
acolman@reedsmith.com
Raymond Y. Kim (CA 251210)
rykim@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000; Facsimile: 213.457.8080
Attorneys for Defendant Bank of America, N.A.

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN GIOVANNI,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:12-cv-02530-LB<br><br>STIPULATED AGREEMENT TO AMEND PLAINTIFF'S COMPLAINT<br><br>ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Federal Rules of Civil Procedure 15(a)(2), the parties have agreed that Plaintiff will file a First Amended Complaint removing the following causes of action: California Song Beverly Credit Card Act of 1971, libel, intentional infliction of emotional distress, negligent infliction of emotional distress, deceit, and constructive fraud. In addition, Plaintiff's First Amended Complaint adds new facts supporting the alleged violations of § 1681s-(b) of the Fair Credit Reporting Act, California Civil Code § 1785.25(a), and California Business & Professions Code § 17200. The parties further stipulate that Defendant Bank of America, N.A.'s response to Plaintiff's First Amended Complaint will be due on or before Tuesday, November 6, 2012.

Dated:   October 4, 2012

/s/ Elliot Gale
Elliot W. Gale, Esq.
Attorney for Plaintiff

/s Raymond Y. Kim
Raymond Kim, Esq.

Attorney for Defendant

Date: October 5, 2012



//
//
//
//
//
//
//