UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHERYN GIOVANNI

        Plaintiff(s),

   v.

BANK OF AMERICA, N.A.

        Defendant(s).
_____/

No. C- 12-02530LB (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ORDERED that the Settlement Conference set for January 3, 2013 is VACATED based on the ruling by Judge Beeler on the motion to dismiss. Should the Plaintiff file an amended complaint by the designated deadline, the Court will reset the settlement conference.

Dated: December 21, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

copies mailed to
counsel of record